UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATHRYN HERMAN,

    Plaintiff,

v.                                                                                          4:12cv517-WS

STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT ON LIABILITY

Kathryn Herman has sued her former employer, the Florida Department of Corrections ("DOC"), alleging disability-based discrimination in violation of the Rehabilitation Act of 1973. 29 U.S.C. § 794. Before the court at this time is Herman's motion for summary judgment as to liability only. Doc. 23. DOC has responded (doc. 37) in opposition to the motion, and the parties have been advised (doc. 39) that the motion would be taken under advisement as of a date certain.

The Rehabilitation Act provides that "no otherwise qualified individual with a disability . . . shall, *solely by reason of his or her disability* . . . be subjected to discrimination under any program or activity receiving Federal financial

assistance."  29 U.S.C. 794(a) (emphasis added); see also Tarmas v. Sec'y of the Navy, 433 F. App'x 754, 761-762 (11th Cir. 2011) (explaining that, under the Rehabilitation Act, "[i]t is not enough for a plaintiff to demonstrate that an adverse employment action was based partly on his disability").  Herman contends that she was fired based solely on her diabetes-related medical condition, and she has produced evidence to support her contention.  DOC, on the other hand, contends—and has produced some evidence to indicate—that Herman was fired, in part, based on her involvement with "numerous incidents of inventory discrepancies."  Because the court finds DOC's evidence sufficient, albeit barely so, to withstand Herman's motion for summary judgment as to liability, it is ORDERED:

    1.  Herman's motion (doc. 23) for summary judgment as to liability is DENIED.

    2.  The clerk shall set the case for trial.

    DONE AND ORDERED this   10th   day of    December   , 2013.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE